# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA F. CASTANEDA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>Defendant. | 1:08cv330 LJO DLB<br><br>ORDER TO SHOW CAUSE |

On March 5, 2008, Plaintiff, proceeding in forma pauperis, filed the present action for judicial review of the denial of Social Security benefits.

On March 11, 2008, the Court issued a Scheduling Order along with Instructions for Service of Social Security Appeals. The instructions explained that in order to serve Defendant, Plaintiff was required to complete and return a USM-285 form to the Court, as well copies of the summons and complaint. Plaintiff has not done so, and therefore, Defendant has not yet been served with the complaint.

Therefore, Plaintiff is ORDERED TO SHOW CAUSE, if any she has, why the action should not be dismissed for failure to complete and return the service documents. Plaintiff is

1  ORDERED to file a written response to this Order to Show Cause within twenty (20) days of the
2  date of this Order.
3      Failure to respond to this order will result in a recommendation that this action be
4  dismissed.

6      IT IS SO ORDERED.
7      Dated:   **July 14, 2008**            **/s/ Dennis L. Beck**
                                      UNITED STATES MAGISTRATE JUDGE