IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA F. CASTANEDA, ) | 1:08cv0330 LJO DLB |
| ) | |
| ) | ORDER ADOPTING FINDINGS AND |
| ) | RECOMMENDATION |
| Plaintiff, ) | |
| ) | (Document 7) |
| vs. ) | |
| ) | |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY, ) | |
| ) | |
| ) | |
| Defendant. ) | |

On March 5, 2008, Plaintiff filed the present action for judicial review of the denial of Social Security benefits.

On August 13, 2008, the Magistrate Judge issued Findings and Recommendation that the action be dismissed for Plaintiff's failure to follow the Court's order and prosecute the action. The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days. Over thirty days have passed and no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

1

1 | Accordingly, IT IS HEREBY ORDERED that:
2 | 1.    The Findings and Recommendations dated August 13, 2008, is ADOPTED IN FULL;
3 | 2.    Plaintiff's action is DISMISSED.
4 | This terminates this action in its entirety.  The clerk is directed to close this action.
5 | IT IS SO ORDERED.
6 | **Dated:    September 23, 2008            /s/ Lawrence J. O'Neill**
                                           UNITED STATES DISTRICT JUDGE

2